UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CAVALIER D. KNIGHT,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>CITY OF NEW YORK; KEECHANT SEWELL,<br><br>　　　　　　　　　　Defendants. | 22-CV-10755 (VEC) (VF)<br><br>**ORDER OF SERVICE** |

VALERIE FIGUEREDO, United States Magistrate Judge:

　　Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

　　The Clerk of Court is directed to issue summonses as to Defendants City of New York and Commissioner Keechant Sewell. Plaintiff is directed to serve the summons and complaint on each Defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has not either served Defendants or requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Dated:　January 18, 2023
　　　　 New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　VALERIE FIGUEREDO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge