```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

CAVALIER D. KNIGHT,

                         Plaintiff,

       -against-

CITY OF NEW YORK; KEECHANT SEWELL,

                         Defendants.
```
-----------------------------------------------------------------X
```

22-CV-10755 (VEC) (VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

As stated at the telephonic conference held before the Court on March 16, 2023, Defendants' deadline to answer or otherwise respond to the complaint is hereby extended to **Friday, April 7, 2023**.

       SO ORDERED.

DATED:     New York, New York
                March 16, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge