UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

CAVALIER D. KNIGHT,

                              Plaintiff,

                -against-

CITY OF NEW YORK; KEECHANT SEWELL,

                              Defendants.
---------------------------------------------------------------X

22-CV-10755 (VEC)(VF)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/25/2023

**VALERIE FIGUEREDO, United States Magistrate Judge:**

       An in-person conference in this matter is hereby scheduled for **Thursday, November 9, 2023, at 1:00 p.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. During the conference, the Court intends to discuss Plaintiff's fifth cause of action. ECF No. 1, ¶¶ 52-55. Specifically, the Court wishes to confer on Plaintiff's argument that 38 RCNY § 5-25(d)(4)(i)'s limit to two handguns under a state Carry License violates the Second Amendment. Id. ¶¶ 54-55.

**SO ORDERED.**

DATED:    New York, New York
               October 25, 2023

_____
VALERIE FIGUEREDO
United States Magistrate Judge