```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CAVALIER D. KNIGHT

                     Plaintiff,

- against -

NEW YORK CITY, *et al.*

                     Defendants.

1:22-cv-10755 (VEC) (VF)

**LETTER NO. 04**

**REPORT & RECOMMENDATION
EXTENSION OF TIME**

Honorable JUDGE CAPRONI, United States District Judge:

**1.** In regards to Report and Recommendation Doc # 40 dated November 20th, 2023. I am requesting an additional fourteen days whereas I need to acquire a copy of the conference transcript to prepare my objection which would change the date to December 18, 2023. Thank you for your kind consideration in this urgent matter.

Dated:    November 20, 2023
             New York, New York

Respectfully submitted,

**/s/ Cavalier D. Knight**

Cavalier D. Knight
Managing Member
Cavalier Knight LLC
511 W 165th St # 627
New York, NY 10032-0634
+1 (646) 580-7801
info@cavalierknight.com

---

Application GRANTED. The deadline for the parties to file objections to the Report and Recommendation at Dkt. 40 is extended from Monday, December 4, 2023 to **Monday, December 18, 2023**.

SO ORDERED.

*[signature: Valerie Caproni]*   11/21/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE