**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------------X
CAVALIER D. KNIGHT,

                              Plaintiff,                       22 **CIVIL** 10755 (VEC)

             -against-                            **JUDGMENT**

CITY OF NEW YORK; EDWARD CABAN,

                            Defendants.
---------------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 12, 2024, the R&R at docket entry 40 is adopted in full, Defendants' motion to dismiss is GRANTED, and Mr. Knight's claims under the Fifth and Fourteenth Amendments are DISMISSED and his claims under the Second Amendment, under Section 4, and regarding pre-emption are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

       March 13, 2024

                                     **RUBY J. KRAJICK**
                                   _____
                                    **Clerk of Court**
               **BY:**      *K. mango*
                                    _____
                                      **Deputy Clerk**